UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                  CASE No. 8:22-cr-379-SDM-AAS

ELLYN VERONICA PINKNEY

ORDER OF DETENTION

THIS CAUSE came on to be heard at the time of the defendant's initial appearance. For the following reasons, the defendant should be detained without bail.

The government requested that the defendant be detained. The defendant had previously absconded from a case in Arizona and there is a warrant issued for her arrest. The matter of bail may be reconsidered on the filing of an appropriate motion once the warrant from Arizona has been resolved.

It is, therefore, upon consideration,

ORDERED:

1. That defendant ELLYN VERONICA PINKNEY shall be **DETAINED** without bond.

2. That the defendant is hereby COMMITTED to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.

3. That the defendant shall be afforded reasonable opportunity for private consultation with counsel.

4. That the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to the United States Marshal for the purpose of appearing in court.

DONE and ORDERED at Tampa, Florida, this 28th day of December, 2022.

_____
THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE