UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                              CASE NO. 8:22-cr-379-SDM-AAS

ELLYN VERONICA PINKNEY

## JOINT STATUS REPORT

The United States of America, by Roger B. Handberg, United States Attorney for the Middle District of Florida, files with this Court, pursuant to Fed. R. Crim. P. 17.1, the following status report. In response to the inquiries in the Court's order dated January 3, 2023, the United States provides the following information:

1.      Brief summary of the case's status:

Pinkney was indicted in November 2022 with six counts of wire fraud relating to allegedly fraudulently filed tax returns and two counts of wire fraud relating to allegedly fraudulently-obtained Economic Injury Disaster Loans. Pinkney was arrested on December 27, 2022, and was order detained (due to an outstanding warrant for her arrest out of the State of Arizona). The United States provided the bulk of its discovery (which includes approximately 1,600 files and nearly 6 gigabytes of information) on January 4, 2023.

2. Possibility of a plea agreement:

The possibility of a plea agreement is unknown at this time. Defense counsel has only just begun review of discovery and discussion with her client.

3. Number of days required for trial:

The parties believe the case would take approximately 4 trial days.

4. Pending motions, dates on which they were filed, and whether they are ripe for determination:

Defense counsel intends to file an unopposed motion to continue given her recent receipt of discovery, the size of discovery, and other trials that she has pending in earlier-styled matters.

5. Potential speedy trial problems:

None.

The United States has consulted with counsel for the defendants in this case and each party agrees to the information contained herein.

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By:

Rachel K. Jones
Assistant United States Attorney
Florida Bar. No. 91492
400 N. Tampa Street, Suite 3200
Tampa, FL 33602
Phone:	(813) 274-6000
Fax:	(813) 274-6178
Email:	Rachel.Jones@usdoj.gov

U.S. v. Pinkney                    Case No. 8:22-cr-379-SDM-AAS

## CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Tina Budzisz

/s/ *Rachel K. Jones*
Rachel K. Jones
Assistant United States Attorney
Florida Bar. No. 91492
400 N. Tampa Street, Suite 3200
Tampa, FL 33602
Phone:      (813) 274-6000
Fax:        (813) 274-6178
Email:      Rachel.Jones@usdoj.gov
